**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Tracy L. Klestadt
Christopher J. Reilly
Andrew C. Brown

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| 491 BERGEN ST. CORPORATION, *et al.*,[1] | Case No. 25-10091 (DSJ) |
| Debtors. | (Jointly Administered) |

**NOTICE OF (I) OCCURRENCE OF EFFECTIVE DATE OF DEBTOR 139-141 FRANKLIN ST REALTY CORP.'S CHAPTER 11 PLAN OF LIQUIDATION, AND (II) BAR DATE FOR FILING ADMINISTRATIVE CLAIMS AND <u>REJECTION DAMAGES CLAIMS</u>**

TO ALL CREDITORS AND PARTIES IN INTEREST OF THE ABOVE DEBTORS, PLEASE TAKE NOTICE OF THE FOLLOWING:

<u>Confirmation of the Plan</u>. On May 1, 2025, the United States Bankruptcy Court for the Southern District of New York entered its *Findings of Fact, Conclusions of Law, and Order Pursuant to 11 U.S.C. §§ 1125 and 1129 and Fed. R. Bankr. P. 3017 and 3020 (i) Granting Final Approval of Debtor 139-141 Franklin Street Realty Corp.'s Disclosure Statement and (ii) Confirming 139-141 Franklin St Realty Corp.'s Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* (the "<u>Confirmation Order</u>") [Docket No. 108] confirming that certain *Chapter 11 Plan of Liquidation for 139-141 Franklin St Realty Corp. Pursuant to Chapter 11 of the*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: 491 Bergen St. Corporation (3170); 471 Amsterdam Ave Realty Corp. (2592); T.J.F. Holding Corp. (3169); 139-141 Franklin St Realty Corp. (9714); Sofia Bros., Inc. (5534); and Peter F. Reilly Storage Inc. (6909). The location of Debtors' principal place of business is 475 Amsterdam Avenue, New York, New York 10024.

*Bankruptcy Code* (the "Plan") [Docket No. 47] filed by debtor 139-141 Franklin St Realty Corp. (the "Franklin Debtor").Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Plan or the Confirmation Order, as applicable. Copies of the Plan and Confirmation Order may be viewed by registered users on the Court's Public Access to Court Electronic Records at: https://pacer.login.uscourts.gov/csologin/login.jsf. Copies of the Plan and Confirmation Order are also available upon request from the undersigned counsel to the Franklin Debtor (Attn: Andrew C. Brown, Email: abrown@klestadt.com).

Effective Date: Pursuant to the Confirmation Order, the Frankin Debtor hereby certifies and gives notice that the Plan became effective in accordance with its terms, and the Effective Date occurred on July 15, 2025.

Bar Date for Administrative Expense Claims. Pursuant to Paragraph 18 of the Confirmation Order, any person asserting an Administrative Expense Claim must file and serve a request for payment of such Administrative Expense Claim **on or before 5:00 p.m. (EST) on August 15, 2025**. Persons asserting an Administrative Expense Claim that fail to file an Administrative Expense Claim on or before August 15, 2025, shall be forever barred from asserting any such right to payment as against the Franklin Debtor and its Estate.

Bar Date for Rejection Damages: Pursuant to Paragraph 15 of the Confirmation Order, all claims arising from the rejection of an executory contract must be filed **on or before 5:00 p.m. (EST) on August 15, 2025**. Persons asserting a claim for rejection damages that fail to file a claim for rejection damages on or before August 15, 2025, shall be forever barred from asserting any such right to payment as against the Franklin Debtor and its Estate.

Dated:   New York, New York
         July 16, 2025

          **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By:   */s/ Tracy L. Klestadt*
      Tracy L. Klestadt
      Christopher J. Reilly
      Andrew C. Brown
      200 West 41st Street, 17th Floor
      New York, New York 10036
      Tel: (212) 972-3000
      Fax: (212) 972-2245
      Email: tklestadt@klestadt.com
             creilly@klestadt.com
             abrown@klestadt.com

*Counsel to the Debtors and Debtors-in-Possession*